**STATEMENT OF FACTS**

Case: 1:23−mj−00218
Assigned To : Harvey, G. Michael
Assign. Date : 8/21/2023
Description: Complaint W/ Arrest Warrant

On May 6, 2023, a member of the Metropolitan Police Department (MPD) interviewed an individual (hereinafter: Witness #1) who reported an allegation of child sexual abuse to the Office of Unified Communications (OUC) that same day. Witness #1 reported that she has been in a relationship with Dontrey Bell (hereinafter: Bell) for approximately three years, and that they had lived together for two and a half years at her home in Washington, DC. Witness #1 reported that Bell recently accused her of speaking to other men, and she decided that she wanted to find out if Bell was cheating on her.

Witness #1 told law enforcement that she was in possession of a black, LG Cellular Phone (hereinafter: the Device) that had belonged to Bell before he gave it to his seven-year-old daughter. Witness #1 reported that Bell's daughter visited her home occasionally and, during one of these visits, she discovered the child using an online gaming application to chat with people. Witness #1 felt that this was inappropriate, so she took the phone from the child.

Witness #1 said that she knew the Device was linked to a cloud storage account that Bell was using, so she decided to look through the account. Witness #1 reported that she found photographs showing women in various states of undress in the account and then she discovered five videos and one image depicting her thirteen-year-old daughter (hereinafter: Minor Victim #1) sleeping in her bedroom, located in the District of Columbia. Witness #1 reported that the videos showed Bell sneaking into Minor Victim #1's bedroom and engaging in sexual behavior near the child while the child was asleep.

Witness #1 allowed members of the MPD's Seventh District to view the videos, which were timestamped as being created between August 9, 2022 and April 14, 2023 between the hours of 4:00 A.M. and 6:00 A.M. The members reviewed the video while their body worn

cameras (BWC) were activated. The BWC captured law enforcement viewing these videos, most of which show someone entering a bedroom where Minor Victim #1 was sleeping, and lifting the covers off the sleeping child. One of the videos on the Device shows and adult male, walking into Minor Victim #1's bedroom, and masturbating his naked, erect penis next to the child's head while she slept. This video was timestamped as being created on August 9, 2022. Additionally, the members observed at least two videos in which a person recorded Minor Victim #1 while she slept, and showed the person lifting the covers off the child. In these videos, the child's buttocks are exposed. In one video, the child is wearing underwear and in the other video she is not.

    Law enforcement observed an additional video in which Minor Victim #1 wakes up, and the adult male tells the child that he is in the bedroom to get cats out of the room. In another video, the individual recording the video turns the camera on himself in a selfie-style recording, and records himself putting his head under Minor Victim #1's covers while the child is sleeping. Witness #1 identified the man depicted in this video as Bell.

    Witness #1 was interviewed by members of the MPD Youth and Family Services Division (YFSD) Physical and Sexual Abuse Branch (PSAB). Witness #1 said that she had spoken to Minor Victim #1 about the videos, and the child told her that Bell woke her up late one night. Minor Victim #1 told Witness #1 that Bell woke her up and told her that he was trying to get the cats out of her bedroom.

    During the interview, Witness #1 gave the Device and the password for the Device to law enforcement. On May 19, 2023, an affidavit in support of a search warrant for the Device was obtained in the United States District Court of the District of Columbia. On May 22, 2023, the device was forensically extracted by a member of the Child Exploitation and Human Trafficking

Task Force (CEHTTF).  While law enforcement did not locate the video described above, showing an adult male masturbating next to Minor Victim #1's head, they observed that the video had been saved to a Google Photos account linked to the email account ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  A thumbnail image, which depicts the very beginning of this video, is on the Device.

On May 24, 2023, a member of the CEHTTF conducted a forensic extraction of Witness #1's cellular.  On Witness #1's phone was a video recording of the video that shows Bell masturbating next to the sleeping child's face.  Witness #1 used her phone to record this video as it was playing on the LG Cellular Phone (the Device).  A search warrant was obtained for the Google account ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on June 8, 2023.  While this video was not found in the account, there was evidence that the account was being used by Bell, including selfie-style photos of Bell, emails written by Bell, and various documents associated with Bell.

In a subsequent interview with law enforcement, in June of 2023, Witness #1 reported that she was told by friends that Bell knew that she had discovered the videos and that he said he created the videos because he was high on "Molly" and/or "boot."

## CONCLUSION

Based on the above information, there is probable cause to believe that Dontre Bell committed the following offenses in the District of Columbia:  Sexual Exploitation and

Attempted Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a) and (e), on or about and between August 9, 2022.

Respectfully Submitted,

_____

Thomas J. Sullivan
Detective, D1-1232
Federal Bureau of Investigation-MPDC

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 21, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE